```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  JONESBORO DIVISION
```

EDWARD WEATHERSPOON

vs.                              No.   3:06CV00205 SWW

CRITTENDEN COUNTY, ARKANSAS


## ORDER

Before the Court is plaintiff's unopposed motion for new trial date and new Rule 26(f) report date in this matter.  For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that plaintiff's motion is granted, and an amended initial scheduling order will be issued in due course.

DATED this 30th day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE