```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  JONESBORO DIVISION
```

EDWARD WEATHERSPOON

v.                              NO. 3:06CV00205 SWW

CRITTENDEN COUNTY, ARKANSAS

## ORDER OF DISMISSAL

Upon the joint motion to dismiss this action with prejudice, stating that this matter has been settled,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

IT IS SO ORDERED this 27th day of March, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE